DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

FLORIDA HEALTH SCIENCES CENTER, INC.
d/b/a TAMPA GENERAL HOSPITAL,

Petitioner,

v.

AUDREY JACKMAN and KEITH JACKMAN;
UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES;
TAMPA BAY HEARING & BALANCE CENTER, P.L.;
and KYLE ALLEN, M.D., individually,

Respondents.

No. 2D22-1158
_____

March 20, 2024

Petition for Writ of Certiorari from the Circuit Court for Hillsborough County; Melissa M. Polo, Judge.

Mindy McLaughlin and Carissa Wheeler Brumby of Beytin, McLaughlin, McLaughlin, O'Hara & Bocchino, P.A., Tampa; and Dinah S. Stein of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for Petitioner.

Martez Gordon of The Gordon Firm, LLC, Zephyrhills; and Zedrick Barber, II of The Barber Firm, LLC, Palm Beach Gardens, for Respondents Audrey Jackman and Keith Jackman.

No appearance for Respondents University of South Florida Board of Trustees, Tampa Bay Hearing and Balance Center, P.L., and Kyle Allen, M.D.

PER CURIAM.

Dismissed.  *See Univ. of Fla. Bd. of Trs. v. Carmody*, 372 So. 3d 246

(Fla. 2023).

LUCAS, SMITH, and LABRIT, J.J., Concur.

_____

Opinion subject to revision prior to official publication.